IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2019, I caused true and correct copies of the foregoing Motion for Public Access to Certain Sealed Court Records, along with true and correct copies of the Memorandum of Points and Authorities in support thereof, the proposed order, and the Corporate Disclosure Statement, to be served via electronic mail and U.S. Mail on the following:

Robert S. Mueller III
Andrew Weissmann
Greg D. Andres
Brandon Lang Van Grack
Jeannie Sclafani Rhee
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue, NW
Room B-103
Washington, DC 20530
(202) 616-0800
aaw@usdoj.gov
gda@usdoj.gov
bvg@usdoj.gov
jsr@usdoj.gov

*Counsel for the United States*

L. Peter Farkas
HALLORAN FARKAS & KITTILA, LLP
1101 30th Street, NW


Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (202) 257-2019
pf@hfk.law

Bruce S. Rogow
Tara A. Campion
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL 33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com

Robert C. Buschel
BUSCHEL GIBBONS, P.A.
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

Grant J. Smith
STRATEGYSMITH, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

*Counsel for Roger J. Stone, Jr.*

Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW

Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Paul J. Manafort, Jr.*

Thomas C. Green
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8069
Fax: (202) 736-8711
Email: tcgreen@sidley.com

*Counsel for Richard W. Gates, III*

Robert K. Kelner
Stephen Pierce Anthony
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-5503
rkelner@cov.com
santhony@cov.com

*Counsel for Michael T. Flynn*

Robert W. Stanley
Thomas M. Breen
BREEN & PUGH
53 W. Jackson Blvd.
Suite 1215
Chicago, IL 60604
(312) 360-1001
rstanley@breenpughlaw.com

*Counsel for George Papadopoulos*

Jeremy Lessem
LESSEM, NEWSTAT & TOOSON, LLP
3450 Cahuenga Blvd
Unit 102
Los Angeles, CA 90068
818-582-3087
jeremy@lnlegal.com

3

*Counsel for Richard Pinedo*

David Edward Mills
COOLEY, LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 776-2865
dmills@cooley.com

Laura Grossfield Birger
Nicholas Andrew Flath
William Jay Schwartz
COOLEY, LLP
114 Avenue of the Americas
46th Floor
New York, NY 10036
(212) 479-6079
lbirger@cooley.com
nflath@cooley.com
wschwartz@cooley.com

*Counsel for Alex van der Zwaan*

Eric A. Dubelier
Katherine Joanne Seikaly
REED SMITH LLP
1301 K Street, NW
Suite 1000 - East Tower
Washington, DC 20005
(202) 414-9291
edubelier@reedsmith.com
kseikaly@reedsmith.com

*Counsel for Concord Management and Consulting LLC*

By:   /s/ Jay Ward Brown

Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*