IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case: 1:19-mc-00029<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 2/25/2019<br>Description: Misc. |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2019, upon consideration of the Motion for Public Access to Sealed Court Records and the Memorandum of Points and Authorities in support thereof, it is hereby ORDERED that the motion is GRANTED and the Clerk of the Court shall unseal the Warrant Materials as further ordered by the Court.

_____
United States District Judge