Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: APPLICATION OF THE ASSOCIATED PRESS;
CABLE NEWS NETWORK, INC.; THE NEW YORK
TIMES CO.; POLITICO LLC; AND WP CO., LLC

    Plaintiff

vs.

    Miscellaneous No.   19-29   (ABJ)

    Category   O

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __2/27/19__ from __Judge Timothy J. Kelly__

to __Judge Amy Berman Jackson__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:   Judge Timothy J. Kelly   & Courtroom Deputy
      Judge Amy Berman Jackson   & Courtroom Deputy
      Liaison, Calendar and Case Management Committee