IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No.  1:19-mc-00029-ABJ |

## NOTICE OF APPEARANCE OF MATTHEW E. KELLEY, ESQ.

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: March 5, 2019    BALLARD SPAHR LLP

By:   /s/Matthew E. Kelley

Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1112
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2019, I caused the foregoing Notice of Appearance of Matthew E. Kelley, Esq. to be filed and served electronically via the Court's ECF system upon counsel of record.

       /s/ Matthew E. Kelley
       Matthew E. Kelley