AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 19-mc-29 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: March 7, 2019

/s/ Michael R. Dreeben
*Attorney's signature*

Michael R. Dreeben (D.C. #370586)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

MRD@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*