AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | ) ) ) ) Case No.   19-mc-29 ) ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   March 7, 2019

s/ Adam Jed
*Attorney's signature*

Adam C. Jed (NY Reg # 4978532)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

acj@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*