**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS** | **Misc. Action No. 19-0029 (ABJ)** |

**GOVERNMENT'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO MEDIA COALITION'S MOTION FOR PUBLIC ACCESS TO SEALED COURT RECORDS**

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this unopposed motion for a two-week extension of time—to and including March 29, 2019—to respond to a motion by a coalition of six media companies (Media Coalition) to unseal certain search warrant materials. The Media Coalition does not oppose this motion.

1. On February 25, 2019, the Media Coalition filed a motion under Local Criminal Rule 57.6 for public access to certain sealed court records. Specifically, the motion seeks, *inter alia,* "warrants, applications, supporting affidavits, and returns relating to all search or seizure warrants relevant to the prosecution of Roger J. Stone, Jr." Mem. 1. In addition to *United States v. Stone*, No. 19-cr-18-ABJ, the motion identifies as "related" nine cases pending in this district: *United States v. Papadopoulos*, No. 17-cr-182-RDM; *United States v. Manafort*, No. 17-cr-201-ABJ-1; *United States v. Gates*, No. 17-cr-201-ABJ-2; *United States v. Flynn*, No. 17-cr-232-EGS; *United States v. Pinedo*, No. 18-cr-24-DLF; *United States v. van der Zwaan*, No. 18-cr-31-ABJ; *United States v. Internet Research Agency, et al.*, No. 18-cr-32-DLF; *United States v. Kilimnik*, No. 17-cr-201-ABJ-3; and *United States v. Netyksho*, No. 18-cr-215-ABJ. A copy of the Media Coalition's motion and memorandum in support were served on counsel for the government by email on February 27, 2019.

2.  On March 1, 2019, this Court ordered that the application would be limited to a request for court records related to six cases: *United States v. Stone*, 19-cr-0018-ABJ; *United States v. Manafort*, No. 17-cr-201-ABJ-1; *United States v. Gates*, No. 17-cr-201-ABJ-2; *United States v. van der Zwaan*, No. 18-cr-31-ABJ; *United States v. Kilimnik*, No. 17-cr-201-ABJ-3; and *United States v. Netyksho*, No. 18-cr-215-ABJ.  Doc. 4. at 2.  The Court ordered the government to identify whether the current request covers any materials considered in *In re Application of the Associated Press*, No. 18-mc-0041-ABJ, that have not already been released in full.  Doc. 4, at 2.  The Court further ordered the government to list "all of the warrants that fall within the category covered by the motion and indicate whether they have already been provided to defendant Stone or disseminated in any way."  *Id.*  The Court set a briefing schedule and ordered the government to respond by March 15, 2019, Stone to respond by March 29, and the Media Coalition to file any reply by April 12.  *Id.* at 3.

3.  The government respectfully requests a two-week extension of time—through and including March 29, 2019—to respond to the Media Coalition's motion.  The additional time will be required to prepare a response that adequately addresses the Media Coalition's arguments.  In addition, the government counsel responsible for preparing that response and for reviewing the potentially responsive warrants and the materials considered in *In re Application of the Associated Press*, No. 18-mc-0041-ABJ, must consult with attorneys who face the press of other work, including production of discovery for defendant Stone and preparation for the March 13 sentencing of Manafort.

4.  On March 7, 2019, counsel for the Media Coalition informed the government that the Media Coalition does not oppose the requested extension.

For the foregoing reasons, the government's unopposed motion for an extension of time to and including March 29, 2019 should be granted.  A proposed order accompanies this motion.

Respectfully submitted,

JESSIE K. LIU                                                   ROBERT S. MUELLER III
U.S. Attorney for the District of Columbia        Special Counsel

By: */s/*                                                          By: */s/*
Jonathan Kravis                                              Michael R. Dreeben
Michael J. Marando                                        Jeannie S. Rhee
Assistant United States Attorneys                    Adam C. Jed
555 4th Street NW                                          U.S. Department of Justice
Washington, D.C. 20530                                Special Counsel's Office
                                                                      950 Pennsylvania Avenue NW
                                                                      Washington, D.C. 20530
                                                                      Telephone: (202) 616-0800

                                                                      *Attorneys for the United States of America*

Dated: March 7, 2019