UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (ABJ) |

**GOVERNMENT'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO MEDIA COALITION'S MOTION FOR PUBLIC ACCESS TO SEALED COURT RECORDS**

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this motion for a two-week extension of time—to and including April 12, 2019—to respond to a motion by a coalition of media companies (Media Coalition) to unseal certain search warrant materials. The Media Coalition does not oppose this motion.

1. On February 25, 2019, the Media Coalition filed a motion under Local Criminal Rule 57.6 for public access to "warrants, applications, supporting affidavits, and returns relating to all search or seizure warrants relevant to the prosecution of Roger J. Stone, Jr." Mem. 1. A copy of the Media Coalition's motion and memorandum in support were served on counsel for the government by email on February 27, 2019.

2. On March 1, 2019, this Court ordered the government to identify whether the current request covers any materials considered in *In re Application of the Associated Press*, No. 18-mc-0041-ABJ, that have not already been released in full. Doc. 4, at 2. The Court further ordered the government to list "all of the warrants that fall within the category covered by the motion and indicate whether they have already been provided to defendant Stone or disseminated in any way." *Id.*

3. On March 8, 2019, the Court granted the government's unopposed motion for an

extension of time in which to file a response.  The government's response is now due on March 29.

4. The government respectfully requests a further two-week extension of time—to and including April 12, 2019—to respond to the Media Coalition's motion.  The Special Counsel's Office has been primarily handling this matter. On March 22, the Special Counsel announced the end of his investigation and submitted a report to the Attorney General.  This matter is being fully transitioned to the U.S. Attorney's Office.  Because of this transition, additional time will be required to prepare a response.

5. On March 27, 2019, counsel for the Media Coalition informed the government that the Media Coalition does not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the government's unopposed motion for an extension of time to and including April 12, 2019 should be granted.  A proposed order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>U.S. Attorney for the District of Columbia | ROBERT S. MUELLER III<br>Special Counsel |
| By: /s/_____<br>Jonathan Kravis<br>Assistant United States Attorneys<br>555 4th Street NW<br>Washington, D.C. 20530 | By: /s/_____<br>Michael R. Dreeben<br>Adam C. Jed<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 |

*Attorneys for the United States of America*

Dated: March 27, 2019