UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (ABJ) |

**[Proposed] ORDER**

Upon consideration of the government's Unopposed Motion for a Two-Week Extension of Time in Which to File a Response to Media Coalition's Motion for Public Access to Sealed Court Records, it is hereby

**ORDERED** that the government's motion is GRANTED; and it is further

**ORDERED** that the government shall respond to the motion for public access as set forth in the Court's March 1, 2019 order by April 12, 2019, any response to the motion on behalf of defendant Roger Stone is due by April 26, 2019, and the applicants' reply, if any, is due by May 10, 2019.

_____           _____
Date                                                          HON. AMY BERMAN JACKSON
                                                                      UNITED STATES DISTRICT JUDGE