IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS** | Misc. Action No. 19-0029 (ABJ) |

## ROGER STONE'S RESPONSE TO MOTION FOR PUBLIC ACCESS TO CERTAIN SEALED COURT RECORDS

Defendant, Roger J. Stone, Jr., respectfully opposes the motion by a coalition of media companies to unseal certain search warrant materials. Stone adopts the argument made by the Government in its response. (Dkt # 11). In addition to the argument made by the Government as it pertains to the First Amendment, Roger Stone adds that he has a Sixth Amendment right to a fair trial which will be placed in jeopardy if the media coalition were to receive the broad discovery it requests and be able to use it in an unrestricted manner.

While Roger Stone believes in a full and vigorous debate on political issues of the day and yesteryear, after two years of investigation and data collection, the Government possesses and provided in discovery (under protective order), personal cell phones, laptops, and other data of Stone, other witnesses, and people who are not likely to be a relevant part of the trial in *United States v. Stone*. The discovery provided would impinge upon the privacy of those witnesses, nonwitnesses, and Stone, if the Court were to order its wholesale disclosure.

The Court explained at the February 1, 2019 hearing that ". . .[S]ince it's incumbent upon me to ensure the fairness and the dignity of these proceedings, and I need to take into consideration the interest and the safety of the government, the defendant, the witnesses, the

jurors, the court personnel, and the public, I believe that it behooves counsel and the parties to do their talking in this courtroom and in their pleadings and not on the courthouse steps or on the talk show circuit." (*United States v. Stone,* T. 17). See also Local Criminal Rule 57.7(c).

Lastly, the unsealing of the records would lead to an unfair imbalance in the discussion about Roger Stone and his pending criminal case. The media would comment (fairly or unfairly), (accurately or inaccurately), in various forms, and Stone and his counsel must limit their response. (*See United States v. Stone,* Hrg. Feb 21, 2019, T.48, Order). This one-sided media messaging would lead to contamination of the jury venire. The Court has recognized its obligation to safeguard against it. (*United States v. Stone,* Order, Dkt. #36 at 3, (citing *Cox v. Louisiana*, 379 U.S. 559, 562 (1965) ("[I]t is of the utmost importance that the administration of justice be absolutely fair and orderly. . . . A State may adopt safeguards necessary and appropriate to assure that the administration of justice at all stages is free from outside control and influence."); *see also Hodge v. Talkin*, 799 F. 3d 1145, 1163–64 (D.C. Cir. 2015), *reh'g en banc denied* (recognizing the significance of the "interest in maintaining suitable decorum in the area of a courthouse" and emphasizing the continuing "vitality" of the "genuine" and "compelling" "interest in preserving public confidence in the integrity of the judicial process").

The interest of the media coalition do not outweigh the constitutional interest in a fair jury trial, and the privacy interests of Roger Stone and other witnesses and nonwitnesses whose data were seized by search warrant.

## **CONCLUSION**

The media coalition's motion for public access to certain sealed court records should be denied.

Respectfully submitted,

By: */s/*_____

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
FL Bar No.: 006436
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com
   *Admitted pro hac vice*

GRANT J. SMITH
STRATEGYSMITH, PA
FL Bar No.: 935212
DDC Bar No. 0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          BUSCHEL GIBBONS, P.A.

                                          ___/s/ Robert Buschel_____
                                              Robert C. Buschel

| *United States Attorney's Office for the District of Columbia* | *United States Department of Justice* |
|---|---|
| MICHAEL JOHN MARANDO<br>JONATHAN IAN KRAVIS<br>**U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393 | AARON SIMCHA JON ZELINSKY<br>**U.S. Department of Justice**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 616-0800<br>Fax: (202) 651-3393 |