IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 1:19-mc-00029-ABJ |

### MEDIA COALITION'S NOTICE OF SUPPLEMENTAL AUTHORITY

The Associated Press ("AP"), Cable News Network, Inc. ("CNN"), The New York Times Company ("The Times"), POLITICO LLC ("Politico") and the WP Co., LLC, d/b/a/ The Washington Post (the "Post") (collectively, the "Media Coalition"), by and through undersigned counsel, respectfully notify this Court of supplemental authority pertinent to the pending motion that addresses the common-law right of access to search warrant materials.

The Media Coalition initiated this action on February 25, 2019 to vindicate the public's constitutional and common-law rights of access to search warrant materials related to the prosecution of Roger Stone, a former adviser to President Trump's 2016 campaign.  *See generally* Memorandum of Points and Authorities in Support of Motion for Public Access to Certain Sealed Court Records ("Mem.") (Dkt. 1-1).  The Media Coalition filed a similar action on March 26, 2019, seeking access to search warrant materials related to the prosecution of another target of former Special Counsel Robert Mueller, former Trump personal attorney Michael Cohen.  *See In re Application for Access to Certain Sealed Warrant Materials*, No. 1:19-mc-00044-BAH (filed Mar. 26, 2019).

Chief Judge Howell issued an opinion and order in the Cohen matter on May 21, 2019, a true and correct copy of which is attached hereto as Exhibit A.  *In re Application for Access to*

*Certain Sealed Warrant Materials*, No. 1:19-mc-00044-BAH, 2019 WL 2184825 (D.D.C. May 21, 2019). Recognizing the "common law presumption of access" to Stored Communications Act warrant materials, and after independently reviewing the records at issue, Chief Judge Howell ordered five warrants and related materials unsealed, subject to redactions necessary to protect the integrity of ongoing investigations and the privacy of certain uncharged third parties. *Id.* at *3. Unlike in this matter, in the Cohen-related case the Government did not oppose releasing the redacted warrant materials. *Id.* at *2-3. Chief Judge Howell also ordered the Government to provide a status report in August regarding whether the redacted portions of the warrant materials should remain sealed. *Id.* at *3.

Respectfully submitted,

Dated: May 30, 2019                                  BALLARD SPAHR LLP


By:   /s/ Jay Ward Brown

Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO LLC; and WP Co., LLC, d/b/a/ The Washington Post*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2019, I caused the foregoing Media Coalition's Notice of Supplemental Authority to be filed and served electronically via the Court's ECF system upon counsel of record.

                                                    /s/ *Jay Ward Brown*
                                                    Jay Ward Brown