Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: APPLICATION OF THE ASSOCIATED PRESS;
CABLE NEWS NETWORK, INC.; THE NEW YORK
TIMES CO.; POLITICO LLC; AND WP CO., LLC

Miscellaneous No.     19-29     (CRC)

Category   O

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 10/3/2019 from Judge Amy Berman Jackson to Judge Christopher R. Cooper by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Amy Berman Jackson       & Courtroom Deputy
      Judge Christopher R. Cooper    & Courtroom Deputy
      Liaison, Calendar and Case Management Committee