UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | ) ) ) ) ) ) ) Case No. 19-mc-29 |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney AARON S.J. ZELINSKY is entering his appearance in the above captioned matter as co-counsel for the United States of America.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: ____/s/_____
Aaron S.J. Zelinsky
Assistant United States Attorney
Aaron.zelinsky@usdoj.gov
555 4th Street, N.W.,
Washington, DC 20530
(410) 209-4985