**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (CRC) |

**GOVERNMENT'S MOTION FOR SCHEDULING ORDER**

The United States of America, by and through undersigned counsel, respectfully requests that the Court issue the attached order setting a deadline for the government to propose redactions to the materials sought by movant's access request.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Assistant United States Attorney

Adam Jed
Special Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530

1