**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (CRC) |

**PROPOSED ORDER**

Upon consideration of the government's motion for an order setting a deadline for the government to propose redactions to the materials sought by the movants, it is hereby ORDERED that the motion is GRANTED.  It is FURTHER ORDERED that on or before March 6, 2020, the government shall file *ex parte* and under seal proposed redactions to the relevant materials, as well as a notice on the public docket explaining the basis for any continued request to seal portions of the relevant materials.

_____
THE HONORABLE CHRISTOPHER R. COOPER
United States District Judge