**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | : : : : Misc. Action No. 19-0029 (CRC) : : : : : |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Molly Gaston is entering her appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
for the District of Columbia

By:     */s/ Molly Gaston*
MOLLY GASTON (VA Bar # 78506)
Assistant United States Attorney
Fraud & Public Corruption Section
U.S. Attorney's Office
555 4th Street, NW (5th Floor)
Washington, D.C. 20001
(202) 252-7803
molly.gaston@usdoj.gov