UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION
OF THE ASSOCIATED PRESS; CABLE
NEWS NETWORK, INC.; THE NEW )
YORK TIMES CO.; POLITICO LLC; )
AND WP CO., LLC, d/b/a THE )
WASHINGTON POST FOR ACCESS )
TO CERTAIN SEALED COURT RECORDS

Case No. 19-mc-29

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney AARON S.J. ZELINSKY is terminating their appearance in the above captioned matter as co-counsel for the United States of America.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437


By: */s/ Aaron Zelinsky*
Aaron S.J. Zelinsky
Assistant United States Attorney
Aaron.zelinsky@usdoj.gov
555 4th Street, N.W.,
Washington, DC 20530
(410) 209-4985