UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (CRC) |

## CONSENT MOTION FOR PROTECTIVE ORDER

Comes now the United States, by and through the United States Attorney for the District of Columbia, to seek clarification of the Court's Minute Order of March 26, 2020 and to move for a protective order over the materials in consideration in this matter.

Consistent with the Court's Order of January 8, 2020 (ECF No. 21), on March 6, 2020, counsel for the United States submitted to the Court, *ex parte* and under seal, a number of search or seizure warrants related to *United States v. Roger J. Stone, Jr.*, 19-cr-18 (ABJ), with redactions proposed with transparent red boxes surrounding the text to be redacted.  ECF No. 24.  On March 26, 2020, the Court issued a Minute Order directing the United States "to provide their proposed releases to counsel for Roger Stone."  Minute Order of March 26, 2020.

The United States respectfully seeks clarification of whether the Court directs the government to provide the relevant materials to counsel for Mr. Stone in the form in which the materials were provided to the Court—that is, with transparent boxes around the text that is proposed for redaction, or in the form in which the government proposes that the materials be released to the petitioners—that is, with the redactions applied, rendering the text underneath

unreadable.

If the Court directs the United States to provide the relevant materials to counsel for Mr. Stone with proposed, but unapplied, redactions, the government respectfully moves the Court for the entry of a protective order governing the production of these materials to counsel for Mr. Stone, as not all of them were previously provided to counsel for Mr. Stone in criminal discovery, and the bases for the redactions that the government has proposed include grand jury material protected by Rule 6(e).  Counsel for Mr. Stone has consented to this protective order.

        Respectfully submitted,

        TIMOTHY J. SHEA
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 437437

By:        */s/ Molly Gaston*
        MOLLY GASTON (VA Bar # 78506)
        Assistant United States Attorney
        Fraud & Public Corruption Section
        U.S. Attorney's Office
        555 4th Street, NW (5th Floor)
        Washington, D.C. 20001
        (202) 252-7803
        molly.gaston@usdoj.gov