UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (CRC) |

**[PROPOSED] PROTECTIVE ORDER**

To ascertain Roger J. Stone's position regarding the public release of certain materials related to *United States v. Roger J. Stone, Jr.*, 19-cr-18 (ABJ), the Court has directed the government to produce to counsel for Mr. Stone the materials the government provided to the Court in its *ex parte*, under seal filing of March 6, 2020.  ECF No. 24.  To adequately protect sensitive information in these materials, it is, with the consent of the parties, ORDERED:

1. The materials provided by the United States to counsel for Mr. Stone under the Court's Minute Order of January 28, 2020 (Materials) are subject to this protective order and may be used by counsel for Mr. Stone for the sole purpose of ascertaining and informing the Court whether Mr. Stone has any objections to the government's proposed redactions and, if so, which disclosures are disputed.  The Materials may not be used for any other purpose, or in connection with any other proceeding, without further order of this Court.

2. Counsel shall not disclose the Materials or their contents directly or indirectly to any person or entity other than Mr. Stone.

3. The parties shall not copy or reproduce the Materials except in order to provide

copies of the Materials for use in connection with this proceeding. Such copies and reproductions shall be treated in the same manner as the original Materials. The parties shall not disclose any notes or records of any kind that they make in relation to the contents of the Materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original Materials.

        4.    Nothing in this Order shall prevent any party from seeking modification of this Order.

        SO ORDERED this _____ day of _____, 2020.

        _____
        THE HONORABLE CHRISTOPHER R. COOPER
        United States District Judge