**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN THE MATTER OF THE APPLICATION OF**
**THE ASSOCIATED PRESS; CABLE NEWS**        **Misc. Action No. 19-0029**
**NETWORK, INC.; THE NEW YORK TIMES**
**CO.; POLITICO LLC; AND WP CO., LLC d/b/a**
**THE WASHINGTON POST FOR ACCESS TO**
**CERTAIN SEALED COURT RECORDS**

_____|

## ROGER STONE'S MOTION FOR EXTENSION OF TIME

Defendant, Roger J. Stone, Jr., respectfully requests seven days additional time to respond to the Court regarding the redactions made by the government in the above entitled case and respectfully requests the new date be set as April 23, 2020.

The Court provided seven days for Stone's counsel to review the redacted materials provided by the government. The government provided the redacted materials on April 9, 2020. The seven day deadline is April 16, 2020.

The government provided thirty-three separate files comprising of, in some cases, over fifty pages each. Due to the holidays in the middle of the period and the present public health situation of the COVID-19 pandemic, counsel is working separately from home and need additional time to properly consider Stone's position and file a response with the Court.

Undersigned counsel has discussed the seven day extension with the government and counsel for the media, and neither had any objection to the extension.

## CONCLUSION

The Court should grant a seven day extension to Stone's counsel to April 23, 2020.

Respectfully submitted,

By: */s/*_____

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
DDC Bar No. 0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
STRATEGYSMITH, PA
FL Bar No.: 935212
DDC Bar No. 0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2020, I electronically filed the foregoing with the

Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all

counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by

CM/ECF.

BUSCHEL GIBBONS, P.A.

___/s/ Robert Buschel_____
        Robert C. Buschel

*United States Attorney's Office for the*
*District of Columbia*

MOLLY GASTON
**U.S. ATTORNEY'S OFFICE FOR THE**
**DISTRICT OF COLUMBIA**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393
---

Counsel for News Media

**Jay Ward Brown**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508-1136
Fax: (202) 661-2299
Email: brownjay@ballardspahr.com

**Matthew E. Kelley**
BALLARD SPAHR LLP
1909 K Street, NW

12th Floor
Washington, DC 20006
(202) 508-1112
Fax: (202) 661-2299
Email: kelleym@ballardspahr.com