**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS** | Misc. Action No. 19-0029 |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Upon consideration of Roger Stone's request for an order extending the deadline to respond to the Court's order regarding the redactions submitted to Stone's counsel by the government in the above entitled case. It is hereby ORDERED that the motion is GRANTED.

It is FURTHER ORDERED that on or before April 23, 2020, counsel for Roger Stone shall file its position regarding the proposed redactions to the relevant materials.

SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE CHRISTOPHER R. COOPER
  United States District Judge