UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of**<br>**APPLICATION OF THE ASSOCIATED**<br>**PRESS; CABLE NEWS NETWORK,**<br>**INC.; THE NEW YORK TIMES CO.;**<br>**POLITICO LLC; AND WP CO., LLC** *et al.* | Case No. 19-mc-29 (CRC) |

## ORDER

A coalition of media organizations has filed a motion to obtain access to currently sealed search warrant materials that were generated in connection with the Office of Special Counsel's criminal investigation of Roger Stone.[1]  Following the conclusion of Mr. Stone's trial, the Government agreed to release the warrant materials with redactions necessary to protect other pending investigations or the privacy interests of third parties, and the media coalition indicated that it was satisfied with the Government's proposal.  Tr. 4:7–5:3, 6:12–18, 7:12–8:7 (Jan. 6, 2020).  The Government subsequently provided the Court with responsive documents relating to 33 warrants with proposed redactions.  See Notice of Filing, Exh. 1 (Mar. 6, 2020).  Mr. Stone indicates that he has no objection to the Government's proposed releases.  Ex Parte Document (Apr. 23, 2020).

The Court has reviewed fully unredacted versions of all responsive documents.  That review confirms that the information that the Government proposes to keep under seal in these materials includes the private information of non-parties, financial information, and non-public information concerning other pending criminal investigations.  The media coalition's motion to

---

[1] The media coalition also sought materials related to the Office of Special Counsel's investigation into other individuals, but this case pertains only to Mr. Stone.  See Minute Order (Mar. 4, 2019); Tr. 7:2–11 (Jan. 6, 2020).

unseal these documents will therefore be denied with respect to these proposed redactions and granted in all other respects.

For the foregoing reasons, it is hereby

**ORDERED** that [1] Media Coalition's Motion for Public Access to Certain Sealed Court Records is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that the Government shall file by April 28, 2020 public versions of all responsive warrant materials with the redactions approved by the Court.  It is further

**ORDERED** that this case is DISMISSED.

**SO ORDERED**.

                                                                CHRISTOPHER R. COOPER
                                                                United States District Judge

Date:  April 24, 2020