UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0029 (CRC) |

## NOTICE OF FILING

Comes now the United States, by and through the United States Attorney for the District of Columbia, and gives notice that in accordance with the Court's Order of April 24, 2020 (ECF No. 28), the government is hereby filing public versions of the responsive warrant materials with the redactions approved by the Court.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
for the District of Columbia
D.C. Bar No. 437437

By:     */s/ Molly Gaston*
MOLLY GASTON (VA Bar # 78506)
Assistant United States Attorney
Fraud & Public Corruption Section
U.S. Attorney's Office
555 4th Street, NW (5th Floor)
Washington, D.C. 20001
(202) 252-7803
molly.gaston@usdoj.gov